# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr85

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT M. SAMPSON. ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Withdraw Notice of Appeal of Detention Order. [Doc. 43].

On July 1, 2009, the Magistrate Judge entered an oral ruling revoking the Defendant's bond and the Defendant was taken into custody at the conclusion of the hearing. The Defendant now seeks to withdraw his oral notice of appeal of the detention order.

For reasons stated Defendant's motion to withdraw his notice of appeal of the order of detention should be allowed.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Withdraw Notice of Appeal of Detention is **GRANTED.**

Martin Reidinger
United States District Judge

Signed: August 11, 2009