# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:09-cr-00085-MR-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ROBERT MOORE SAMPSON, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's request for an early termination of his term of supervised release [Doc. 86].

On July 1, 2009, the Defendant pleaded guilty to one count of conspiracy to possess with the intent to distribute five (5) kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841 and 846. [Doc. 33]. The Defendant was sentenced on February 3, 2010, to 65 months of imprisonment, followed by three (3) years of supervised release. [Doc. 57].

The Defendant now moves the Court to exercise its discretion and terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). [Doc. 86].

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In the present case, the Defendant has completed approximately twenty-one (21) months of his three-year term of supervised release. While the Defendant's compliance with the terms and conditions of supervised release is commendable, the Court is not satisfied that termination is yet warranted. The motion appears to be premature. Accordingly, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release at this time.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's request for an early termination of his term of supervised release [Doc. 86] is **DENIED without prejudice**. The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge